**John L. HEIRMAN, Appellant,**

v.

**FIDELITY AND CASUALTY COMPANY OF NEW YORK et al.**

**No. 15616.**

United States Court of Appeals
Eighth Circuit.

July 5, 1956.

John L. Heirman, pro se.

Jones, Hocker, Gladney & Grand and Harry Richards, U. S. Atty., St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, at appellant's costs, on motion appellee Fidelity and Casualty Company of New York.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WARE-HOUSEMEN & HELPERS OF AMER-ICA, AFL, LOCAL 604.**

**No. 15525.**

United States Court of Appeals
Eighth Circuit.

July 10, 1956.

David P. Findling, Associate General Counsel, and Marcel Mallet-Prevost, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Morris J. Levin, St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition of Labor Board for summary entry of decree, etc.

**E. B. JONES–HOMEMAKERS, Inc., Appellant,**

v.

**WESTINGHOUSE ELECTRIC SUPPLY COMPANY, a Corporation.**

**No. 15568.**

United States Court of Appeals
Eighth Circuit.

July 25, 1956.

R. D. FitzGibbon, Jr., St. Louis, Mo., for appellant.

Edmonstone F. Thompson, David F. Ulmer and John O. Hichew, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.